UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KATHY PICKNELL WALDROUP | ) | |
| | ) | |
| v. | ) | NO. 2:13-CV-226 |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 6, 2014.[1] After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 28], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for attorney fees, costs and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 24]. Accordingly, a sum of $1,962.50 for attorney fees, plus the sum of $400.00 in costs, and plus the sum of $18.93 in expenses is awarded to the plaintiff.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

---

[1] In response to the plaintiff's motion, the defendant filed a response that the defendant did not oppose payment of attorney fees, costs, and expenses to the plaintiff. [Doc. 27]